**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAMARIS SANTIAGO, | CASE NO. 2:24-cv-06599-LDH-SIL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

Plaintiff KAMARIS SANTIAGO ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement in principle, and that the parties anticipate filing a Stipulation of Dismissal with prejudice pursuant to FRCP 41(a) within sixty (60) days.

Dated: Brooklyn, New York
      October 28, 2024

LAW OFFICES OF STUART WERBIN
*Attorneys for Plaintiff*

By:  s/ *Stuart D. Werbin*
     Stuart D. Werbin, Esq.
     1620 Avenue I, Suite 119
     Brooklyn, NY 11230
     Tel (646) 942-7464
     werbinlaw@gmail.com